```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13473
   TUEWANDA A HALEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5397


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/20/2006 and was confirmed 03/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was dismissed after confirmation 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC    15861.00          646.21        3568.87
DRIVE FINANCIAL SERVICES  UNSECURED         1319.84             .00            .00
ALL PAYDAY LOANS          UNSECURED          113.73             .00            .00
ARMOR SYSTEMS CORP        UNSECURED        NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        NOT FILED            .00            .00
AT&T CREDIT MANAGEMENT C  UNSECURED        NOT FILED            .00            .00
BAXTER CREDIT UNION       UNSECURED          889.87             .00            .00
CERTIFIED RECOVERY SYS    UNSECURED        NOT FILED            .00            .00
CHECK RECOVERY SYSTEMS    UNSECURED        NOT FILED            .00            .00
ECMC                      UNSECURED         6822.98             .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00            .00
COMCAST                   UNSECURED        NOT FILED            .00            .00
CCS INC                   UNSECURED        NOT FILED            .00            .00
F&W LLC                   UNSECURED        NOT FILED            .00            .00
F&W LLC                   UNSECURED        NOT FILED            .00            .00
FINANCIAL CONTROL SOLUTI  UNSECURED        NOT FILED            .00            .00
FINANCIAL CONTROL SOLUTI  UNSECURED        NOT FILED            .00            .00
PREMIER BANKCARD          UNSECURED          442.75             .00            .00
GC SERVICES               NOTICE ONLY      NOT FILED            .00            .00
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00            .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED            .00            .00
ST IL TOLLWAY AUTHORITY   UNSECURED        13731.00             .00            .00
LVNV FUNDING              UNSECURED        NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          166.72             .00            .00
NCO FINANCIAL             UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED            .00            .00
OMNIUM WORLDWIDE          NOTICE ONLY      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1549.40             .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED            .00            .00
RISCUITY                  UNSECURED        NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13473 TUEWANDA A HALEY
```

```
ASSET ACCEPTANCE LLC       UNSECURED          466.66              .00            .00
SHERMAN ACQUISITION        UNSECURED       NOT FILED              .00            .00
SHERMAN ACQUISITION        UNSECURED       NOT FILED              .00            .00
WEST ASSET MANAGEMENT      UNSECURED       NOT FILED              .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          560.00              .00            .00
FINANCIAL CONTROL SOLUTI   UNSECURED          518.05              .00            .00
TIME WARNER CABLE          UNSECURED              .00             .00            .00
LEGAL HELPERS PC           DEBTOR ATTY     2,200.00                          1,372.03
TOM VAUGHN                 TRUSTEE                                             368.89
DEBTOR REFUND              REFUND                                                 .00
```

       Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
    ---------------------------------------------------------------------
```
TRUSTEE                   5,956.00

PRIORITY                                               .00
SECURED                                           3,568.87
     INTEREST                                       646.21
UNSECURED                                              .00
ADMINISTRATIVE                                    1,372.03
TRUSTEE COMPENSATION                                368.89
DEBTOR REFUND                                          .00
                        ---------------      ---------------
TOTALS                    5,956.00                5,956.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
     Dated: 02/27/08        _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 06 B 13473 TUEWANDA A HALEY